**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | Case No. 21-17532 MCR |
| Ahmad Waid Taheri, et al. | * | |
| Debtors. | * | (Chapter 13) |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| Ahmad Waid Taheri, et al. | * | |
| Movants, | * | |
| v. | * | |
| Travilah Corner, LLC | * | |
| Respondent. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION BY DEBTOR TO AVOID JUDICIAL LIEN**
**OF TRAVILAH CORNER, LLC PURSUANT TO 11 U.S.C. §547**

NOW COMES Debtors, by and through their undersigned counsel, and hereby moves this Court to enter an Order, pursuant to 11 U.S.C. §547 and F.R.B. 7001(2) to avoid the judicial lien of Respondent Travilah Corner, LLC and, in support thereof, states as follows:

1. The debtors filed a Voluntary Petition under Chapter 13 on December 1, 2021.

2. On September 30, 2021 the Respondent obtained a lien agains the following property of the Debtors:   1 Crownsgate Court, Germantown, MD, 20874.

3. Such lien was obtained by a judgment entered by the Circuit Court for Montgomery County obtained by Respondent on September 30, 2021.

4. Said lien constitutes a transfer of such property of the debtor to or for the benefit of Respondent as a creditor.

5. Said lien was obtained for or on account of an antecedent debt owed by the Debtors to the Respondent before the lien arose.

6. Said lien was obtained within ninety days before the filing of the petition.

7. The enforcement of said lien will enable the Respondent to receive more than it would receive as a creditor if this were a Chapter 7 case, the lien had not been obtained, and Respondent received payment of its debt to the extent provied byu the provisions of title 11 of the U.S. Code.

WHEREFORE, Debtors pray that this Court will enter an Order:

(a) Avoiding the lien hereinabove described,

(b) Discharging the property affected thereby from such lien,

(c) Directing the defendant to make such conveyance, satisfaction or release as may be proper to evidence the avoidance of such lien of record, and

(d) Granting such other and furhter relief as is just.

Dated: January 24, 2022                     Respectfully submitted,

/s/Marc A. Ominsky
Marc A. Ominsky, Esq., #13956
Law Offices of Marc A. Ominsky, LLC
10632 Little Patuxent Pkwy, Ste 249
Columbia, MD 21044
(443) 539-8712
info@mdlegalfirm.com

*Attorney for Debtors*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 24th day of January, 2022 a copy of the aforegoing document was served via the Court's ECF system on William D. Day, Esq., attorney for Respondent and the Chapter 13 Trustee, Timothy P. Branigan, Esq.

/s/Marc A. Ominsky
Marc A. Ominsky

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**(Greenbelt Division)**

| | | |
|---|---|---|
| In re: | * | Case No. 21-17532 MCR |
| Ahmad Waid Taheri, et al. | * | |
| Debtors. | * | (Chapter 13) |

\* \* \* \* \* \* \* \* \* \* \*

Ahmad Waid Taheri, et al.        *

     Movants,
                                *

v.
                                *

Travilah Corner, LLC
                                *

     Respondent.
                                *

\* \* \* \* \* \* \* \* \* \* \*

**ORDER GRANTING MOTION**
**TO AVOID JUDICIAL LIEN**

      Having considered the Debtor's *Motion To Avoid Judicial Lien of Travilah Corner, LLC pursuant to 11 U.S.C. §547,* and any response filed thereto, and it appearing that proper notice has been given, pursuant to 11 U.S.C. §547, it is by the U.S. Bankruptcy Court for the District of Maryland, Southern Division,

      **ORDERED**, that the Judgment Lien affecting property of the estate obtained by Travilah Corner, LLC, Respondent herein, by judgment entered on September 30, 2021 in the Circuit Court for Montgomery County, Maryland, is hereby declared null and void, and all property affected by said lien hereby is discharged from such lien, and it is further

      **ORDERED**, That title to and possession of the property affected by said lien shall be discharged from said lien, and it is further

**ORDERED**, that Travilah Corner, LLC, the Respondent herein is directed forthwith upon service of a copy of this order to make, execute and deliver to the Debtors herein a copy of a Notice and Order filed with the Circuit Court of Maryland, Montgomery Count which releases the judicial lien of Travilah Corner, LLC from the property affected.

cc:
Respondent
Debtor
Debtor's attorney
Chapter 13 Trustee

**END OF ORDER**