### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### (Greenbelt Division)

| | | |
|---|---|---|
| In re: | * | Case No. 21-17532 MCR |
| Ahmad Waid Taheri, et al. | | |
| | * | |
| Debtors. | | (Chapter 13) |
| | * | |

\* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| Ahmad Waid Taheri, et al. | * | |
| Movants, | * | |
| | * | |
| v. | * | |
| Travilah Corner, LLC | * | |
| Respondent. | * | |

\* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEBTOR'S MOTION TO AVOID THE JUDICIAL LIEN OF
### TRAVILAH CORNER, LLC PURSUANT TO 11 U.S.C.§547

A motion was filed on behalf of the debtor(s) to avoid the judicial lien held by Travilah Corner, LLC pursuant to 11 U.S.C. §547.   Your rights may be affected. You should read these papers carefully and discuss them with your lawyer.   (If you do not have a lawyer, you may wish to consult one.) A copy of the motion is attached.

If you do not want the court to grant the motion to avoid judicial lien, or if you want the court to consider your views on the motion, then by February 27, 2022, you or your lawyer must file with the Clerk of the Bankruptcy Court a response to the motion explaining your position and mail a copy of the response to:

**Marc A. Ominsky, Esq.**
**Law Offices of Marc A. Ominsky**
**10632 Little Patuxent Pkwy**
**Suite 249**
**Columbia, MD 21044**

If you mail, rather than deliver, your response to the Clerk of the court for filing, you must mail it early enough so that the court will receive it by the date stated above.

    If you file a timely response to the motion, the hearing on the motion will
take place on **April 6, 2022 Courtroom 3-C**, United States Bankruptcy Court for
the District of Maryland - Greenbelt Division, 6500 Cherrywood Lane, Greenbelt,
Maryland 20770-1286.

    If you or your lawyer do not file and serve a timely response to the motion,
the court may find that you do not oppose the relief sought in the motion and may
grant or otherwise dispose of the motion before the scheduled hearing date.


Dated: January 24, 2022                    Respectfully submitted,


                                           /s/Marc A. Ominsky_____
                                           Marc A. Ominsky, Esq., #13956
                                           Law Offices of Marc A. Ominsky, LLC
                                           10632 Little Patuxent Pkwy, Ste 249
                                           Columbia, MD 21044
                                           (443) 539-8712
                                           info@mdlegalfirm.com

                                           *Attorney for Debtors*