# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **21–17532 – MCR**   Chapter: **13**

**Ahmad Wahid Taheri and**
**Mahdia Zahra Taheri**
Debtors

# DEFICIENCY NOTICE

DOCUMENT: 25 – Motion Opposition to Creditors Motion to Avoid Judicial Lien Filed by Travilah Corner, LLC. (Day, William)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 3/4/22. Incorrect event code used or incorrect pdf document attached.**

CURE: Withdrawal Docket No.25, Motion.

CONSEQUENCE: Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution.

Additional information on filing requirements: **http://www.mdb.uscourts.gov/content/filing–requirements**.
Additional information for non–attorney filers: **http://www.mdb.uscourts.gov/content/after–filing**.

Dated: 2/18/22

        Mark A. Neal, Clerk of Court
        by Deputy Clerk, Robert Hegerle
        301–344–3399

cc:   Debtor
      Attorney for Debtor – Marc A. Ominsky
      Attorney – William D Day

defntc (rev. 12/12/2016)