United States Bankruptcy Court
District of Maryland

In re:  Case No. 21-17532-MCR
Ahmad Wahid Taheri  Chapter 13
Mahdia Zahra Taheri
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0416-0      User: admin      Page 1 of 1
Date Rcvd: Feb 18, 2022      Form ID: defntc      Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 20, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/db | + Ahmad Wahid Taheri, Mahdia Zahra Taheri, 1 Crownsgate Court, Germantown, MD 20874-4423 |
| | + WILLIAM D. DAY, 4701 Sangamore Road, Ste 100N, Bethesda, MD 20816-2558 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 20, 2022      Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 18, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Marc A. Ominsky | info@mdlegalfirm.com<br>marc@mdlegalfirm.com,adeal@mdlegalfirm.com,bkcourtmailmd@gmail.com,a.mr78701@notify.bestcase.com |
| Timothy P. Branigan | cmecf@chapter13maryland.com |
| William David Day | day@williamdaylaw.com  victoria@williamdaylaw.com |

TOTAL: 3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.: **21−17532 − MCR**   Chapter: **13**

**Ahmad Wahid Taheri and**
**Mahdia Zahra Taheri**
Debtors

# DEFICIENCY NOTICE

| | |
|---|---|
| DOCUMENT: | 25 − Motion Opposition to Creditors Motion to Avoid Judicial Lien Filed by Travilah Corner, LLC. (Day, William) |
| PROBLEM: | **The following items are deficient for the above pleading, and must be cured by 3/4/22. Incorrect event code used or incorrect pdf document attached.** |
| CURE: | Withdrawal Docket No.25, Motion. |
| CONSEQUENCE: | Failure to cure the problem by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem may result in the relief sought being denied for want of prosecution. |

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing−requirements.**
**Additional information for non−attorney filers: http://www.mdb.uscourts.gov/content/after−filing.**

Dated: 2/18/22

Mark A. Neal, Clerk of Court
by Deputy Clerk, Robert Hegerle
301−344−3399

cc:   Debtor
       Attorney for Debtor − Marc A. Ominsky
       Attorney − William D Day

defntc (rev. 12/12/2016)